**Exhibit D**

**Infringement of Claim 1 of U.S. Patent Number 7,088,854 by Paige**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising:<br><br>a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | Our aspiration is to build the best <u>AI in clinical medicine</u><br><br>**Our Strategy**<br><br>Our short term plan is to deliver a series of AI modules that allow pathologists to improve the scalability of their work, and thus provide better care, at lower cost. Our medium to long-term plan is to develop prognostic tools that integrate computational pathology with electronic health records, genomic and other clinical data to provide clinicians with layers of information to better optimize patient care.<br><br>https://paige.ai/product<br><br>Paige AI system ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit D**

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; |  |

https://paige.ai/product

The Infringing Product takes an image.

**Exhibit D**

| | |
|---|---|
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and |  |

**Exhibit D**



**Exhibit D**



https://paige.ai/product

The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm.

**Exhibit D**

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. | **HPC Infrastructure: AI at Scale**<br>With our AI-Ready Infrastructure's processing power of 10 petabytes, we can operationalize our data and algorithms at large scale. Our techniques have been validated against the world's largest datasets in pathology.<br><br>https://paige.ai/product<br><br>The Infringing Product stores the evolving algorithm as a model and runs the stored algorithm on all the additional data to automatically classify additional images of similar type/requirement. |