**Exhibit E**

**Infringement of Claim 1 of U.S. Patent Number 7,254,266 by Paige**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | Our aspiration is to build the best <u>AI in clinical medicine</u><br><br>**Our Strategy**<br>Our short term plan is to deliver a series of AI modules that allow pathologists to improve the scalability of their work, and thus provide better care, at lower cost. Our medium to long-term plan is to develop prognostic tools that integrate computational pathology with electronic health records, genomic and other clinical data to provide clinicians with layers of information to better optimize patient care.<br><br>https://paige.ai/product<br><br>Paige AI ("Infringing Product") is a computer program product for generating image analysis. |

Page **1** of **5**

**Exhibit E**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | <br><br>https://paige.ai/product<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

Page **1** of **5**

**Exhibit E**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br><br>https://paige.ai/product |

Page **1** of **5**

**Exhibit E**



https://paige.ai/product

The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm.

**Exhibit E**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm;<br>providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | **HPC Infrastructure: AI at Scale**<br>With our AI-Ready Infrastructure's processing power of 10 petabytes, we can operationalize our data and <u>algorithms at large scale</u>. Our techniques have been validated against the world's largest datasets in pathology.<br><br>https://paige.ai/product<br><br>The Infringing Product stores the evolving algorithm as a model and runs the stored algorithm on all the additional data to automatically classify additional images of similar type/requirement. |

Page **1** of **5**