**Exhibit F**

**Infringement of Claim 1 of U.S. Patent Number 8,687,879 by Paige**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A non-transitory computer program product for automating the expert quantification of image data comprising:<br>a computer-readable medium encoded with computer readable instructions executable by one or more computer processors to quantify image sets comprising a locked evolving algorithm, wherein said locked evolving algorithm is generated by: | <br>https://paige.ai/product<br>Paige AI system ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit F**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: |  <br><br> https://paige.ai/product |

**Exhibit F**

| | |
|---|---|
| | <br><br>**HPC Infrastructure: AI at Scale**<br>With our AI-Ready Infrastructure's processing power of 10 petabytes, we can operationalize our data and algorithms at large scale. Our techniques have been validated against the world's largest datasets in pathology.<br><br>https://paige.ai/product<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br><br>https://paige.ai/product |

**Exhibit F**



[https://paige.ai/product](https://paige.ai/product)

The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm.

**Exhibit F**

presenting a second set of said at
least one entity to said user for
feedback as to the accuracy of said
second set of identified entities;
obtaining approval from said user
about said second set of entities;
storing said evolving algorithm as a
product algorithm; and
storing said product algorithm for
subsequent usage on said image set.



https://paige.ai/product

**Exhibit F**



https://paige.ai/product

The Infringing product utilizes the deep learning training i.e more than one set of data entity to the user for the feedback and training the algorithm.

## HPC Infrastructure: AI at Scale

With our AI-Ready Infrastructure's processing power of 10 petabytes, we can operationalize our data and algorithms at large scale. Our techniques have been validated against the world's largest datasets in pathology.

https://paige.ai/product

The Infringing Product stores the evolving algorithm as a model and runs the stored algorithm on all the additional data to automatically classify additional images of similar type/requirement.